United States District Court

for the

District of Massachusetts

|  |  |  |
|---|---|---|
| FRIENDS OF RUTH & EMILY, INC., | ) | Civil Action No. |
| Plaintiff, | ) | 1:17-CV-11809-WGY |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| THE CITY OF NEW BEDFORD, | ) |  |
| Defendant | ) |  |

## **DEFENDANT'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Now comes The City of New Bedford, Massachusetts (here-in-after Defendant) through its attorney and requests that this Court dismiss the case at bar. For its reasons, Defendant asserts that the Plaintiff Corporation has submitted its Complaint to this Court without having a licensed attorney. All available facts establish that Plaintiff is incorporated in the Commonwealth of Massachusetts. There are long-standing and consistent court interpretations of 28 USCS § 1654 that indicate "a corporation may be represented only by licensed counsel." In re Victor Publishers, Inc., 545 F.2d 285 (1st Cir. 1976).

Respectfully submitted,
Municipal Defendants

By their Attorney,

/s/ Kreg R. Espinola
Assistant City Solicitor
BBO #649389
CITY OF NEW BEDFORD
Office of the City Solicitor
133 William Street, Room 203

                                          New Bedford, MA 02740
                                          Tel:(508)979-1460
                                          kreg.espinola@newbedford-ma.gov

Dated: October 16, 2017

I hereby certify that a true copy of the above document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on October 16, 2017.

                                          /s/ Kreg R. Espinola
                                          Assistant City Solicitor
                                          BBO #649389